SRI INTERNATIONAL INC., Plaintiff–Cross Appellant,

v.

INTERNET SECURITY SYSTEMS, INC. (a Delaware Corporation) and Internet Security Systems, Inc. (a Georgia Corporation), Defendants–Appellants,

and

Symantec Corporation, Defendant–Appellant.

No. 2009–1562, 2009–1575, 2010–1010.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2010.

Frank E. Scherkenbach, Fish & Richardson, P.C., of Boston, MA, argued for plaintiff-cross appellant. With him on the brief were Howard G. Pollack and Steven C. Carlson, of Redwood City, CA; and Craig E. Countryman, of San Diego, CA.

Daryl Joseffer, King & Spalding LLP, of Washington, DC, argued for defendants-appellants Internet Security Systems, Inc., et al. With him on the brief were Paul D. Clement; and Holmes J. Hawkins, III, Natasha H. Moffitt and Charles A. Pannell, III, of Atlanta, GA.

Robert M. Galvin, Howrey LLP, of East Palo Alto, CA, argued for defendant-appellant Symantec Corporation. With him on the brief were Paul S. Grewal, Renee Dubord Brown, Geoffrey M. Godfrey and Katie J.L. Scott. Of counsel on the brief was Joseph Fitzgerald, Symantec Corporation, of Mountain View, CA.

RADER, Chief Judge, LOURIE and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.